IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

DEXTER O. CREEL, JR.,

    Plaintiff,

NO. 01-2989 B

VS.

SHELBY COUNTY GOVERNMENT, A Municipal
Corporation; THE HONORABLE JIM ROUT,
Individually and in his Capacity as
Mayor of Shelby County, Tennessee; SHELBY
COUNTY SHERIFF'S DEPARTMENT, A Division of
the Shelby County Government; A.C. GILLIS,
Individually and in his Official Capacity
as Director of the Shelby County Sheriff's
Department; and JAMES GLEAVES, Individually
and in his Official Capacity as Deputy Sheriff
for the Shelby County Sheriff's Department,

    Defendants.

## ORDER GRANTING DEFENDANT JAMES GLEAVES AN EXTENSION OF TIME IN WHICH TO RESPOND

This matter came on to be heard upon Defendant's Motion for an Extension of Time to Respond and the entire record in this cause from which it appears to the Court that for good cause shown the Motion of the Defendant should be granted and that the Defendant should be granted an additional period up to and including May 23, 2005 in which to respond or otherwise plead in this cause.

IT IS SO ORDERED.

_____
Judge

Dated: April 27, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 4-28-05

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Pleading has been served upon Johnny Q. Rasberry, Jr., Attorney at Law and R. Linley Richter, Jr., Attorney at Law, 100 North Main Street, Suite 2909, Memphis, Tennessee 38103; and Debra L. Fessenden, Assistant County Attorney, 160 N. Main Street, Suite 660, Memphis, Tennessee 38103 by U.S. mail, postage prepaid, this 21 day of April, 2005.

JEAN E. MARKOWITZ

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 2:01-CV-02989 was distributed by fax, mail, or direct printing on April 28, 2005 to the parties listed.

---

Alan B. Chambers
CHAMBERS & DURHAM
100 North Main St.
Ste. 3200
Memphis, TN 38103

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

Brian L. Kuhn
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Johnny Quitman Rasberry
LAW OFFICE OF JOHNNY RASBERRY
100 N. Main St.
Ste. 2909
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT