FILED BY _____ D.C.

05 MAY 24 AM 8:51

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

DEXTER O. CREEL, JR.,

    Plaintiff,

NO. 01-2989 B

VS.

SHELBY COUNTY GOVERNMENT, et.al.

    Defendants.

---

### ORDER GRANTING MOTION OF DEFENDANT GLEAVES FOR PERMISSION TO FILE A MEMORANDUM IN EXCESS OF TWENTY PAGES

---

This matter came on to be heard upon Defendant's Motion for Permission to File a Memorandum in Excess of Twenty Pages from which it appears to the Court that for good cause shown the Motion of the Defendant should be granted and that the Defendant is granted permission to file a memorandum in excess of twenty pages. The Clerk is directed to file the Memorandum previously "received" by the Clerk.

    IT IS SO ORDERED.

_____
Judge

Dated: May 23, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-25-05

53

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Pleading has been served upon Johnny Q. Rasberry, Jr., Attorney at Law and R. Linley Richter, Jr., Attorney at Law, 100 North Main Street, Suite 2909, Memphis, Tennessee 38103; and Debra L. Fessenden, Assistant County Attorney, 160 N. Main Street, Suite 660, Memphis, Tennessee 38103 by U.S. mail, postage prepaid, this 20 day of May, 2005.

JEAN E. MARKOWITZ

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 53 in case 2:01-CV-02989 was distributed by fax, mail, or direct printing on May 25, 2005 to the parties listed.

---

Alan B. Chambers
CHAMBERS & DURHAM
100 North Main St.
Ste. 3200
Memphis, TN 38103

Johnny Quitman Rasberry
LAW OFFICE OF JOHNNY RASBERRY
100 N. Main St.
Ste. 2909
Memphis, TN 38103

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Brian L. Kuhn
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT