UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN 30 PM 3: 57

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| DEXTER O. CREEL, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. 01-2989 B |
| | * | |
| SHELBY COUNTY GOVERNMENT, ET AL. | * | |
| | * | |
| | * | |
| Defendants. | * | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR ADDITIONAL TIME WITHIN WHICH TO RESPOND TO THE MOTION TO DISMISS AND/OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT OF DEFENDANT JAMES GLEAVES

This matter came on to be heard upon Plaintiff's Motion for Additional Time Within Which to Respond to the Motion to Dismiss and/or in the Alternative for Summary Judgment of Defendant James Gleaves, from which it appears to the Court that for good cause shown, the Motion of the Plaintiff should be granted and the Plaintiff is allowed an additional 30 days within which to respond to the Motion of Defendant Gleaves.

IT IS SO ORDERED.

_____
JUDGE

Dated: 6/30/05

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-1-05

57



# Notice of Distribution

This notice confirms a copy of the document docketed as number 57 in case 2:01-CV-02989 was distributed by fax, mail, or direct printing on July 1, 2005 to the parties listed.

---

R. Linley Richter
LAW OFFICE OF R. LINLEY RICHTER, JR.
100 N. Main St.
Ste. 2909
Memphis, TN 38103

Johnny Quitman Rasberry
LAW OFFICE OF JOHNNY RASBERRY
100 N. Main St.
Ste. 2909
Memphis, TN 38103

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Brian L. Kuhn
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Alan B. Chambers
CHAMBERS & DURHAM
100 North Main St.
Ste. 3200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT