FILED BY ___ D.C.

05 AUG -1  PM 4: 08

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| DEXTER O. CREEL, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. 01-2989 B |
| | * | |
| SHELBY COUNTY GOVERNMENT, ET AL. | * | |
| | * | |
| | * | |
| Defendants. | * | |

### ORDER TO STAY PROCEEDINGS FOR THIRTY (30) DAYS PENDING SETTLEMENT NEGOTIATIONS

This matter came on to be heard upon Plaintiff's Motion to stay proceedings for Thirty (30) days pending settlement negotiations and for good cause shown, the Motion of the Plaintiff should be granted and all proceedings in this cause shall be stayed for Thirty (30) days from the entry of this Order on the docket sheet in compliance with Rule 58 and/or 79(a)FRCP.

IT IS SO ORDERED.

_____
JUDGE

Dated: 8/1/05

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-2-05

59



# Notice of Distribution

This notice confirms a copy of the document docketed as number 59 in case 2:01-CV-02989 was distributed by fax, mail, or direct printing on August 2, 2005 to the parties listed.

---

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Alan B. Chambers
CHAMBERS & DURHAM
100 North Main St.
Ste. 3200
Memphis, TN 38103

R. Linley Richter
LAW OFFICE OF R. LINLEY RICHTER, JR.
100 N. Main St.
Ste. 2909
Memphis, TN 38103

Brian L. Kuhn
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Johnny Quitman Rasberry
LAW OFFICE OF JOHNNY RASBERRY
100 N. Main St.
Ste. 2909
Memphis, TN 38103

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT