IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

DEXTER O. CREEL,

    Plaintiff,

v.                                        No. 01-2989-B

SHELBY COUNTY GOVERNMENT, et al.,

    Defendants.

## ORDER ADMINISTRATIVELY CLOSING CASE

This court, having been advised by counsel for the parties that settlement has been reached on all matters in this case, directs that this action be DISMISSED. Furthermore, any pending motions are DENIED as moot and all proceedings currently set before the court are removed from the court's calendar.

The dismissal granted herein shall be without prejudice for a period of 30 days from the entry of this order. If settlement is not consummated within that 30 day period, the parties may reopen this action upon motion approved by the court. Should the parties fail to move to reopen the case within the prescribed period, the matter shall, without further order, stand dismissed <u>with</u> prejudice.

**IT IS SO ORDERED** this _____ day of September, 2005.

                                              J. DANIEL BREEN
                                              UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-16-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 60 in case 2:01-CV-02989 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

---

Brian L. Kuhn
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

R. Linley Richter
LAW OFFICE OF R. LINLEY RICHTER, JR.
100 N. Main St.
Ste. 2909
Memphis, TN 38103

Alan B. Chambers
CHAMBERS & DURHAM
100 North Main St.
Ste. 3200
Memphis, TN 38103

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Johnny Quitman Rasberry
LAW OFFICE OF JOHNNY RASBERRY
100 N. Main St.
Ste. 2909
Memphis, TN 38103

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT